IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTINI, et al.,<br><br>        Plaintiffs,<br><br>   vs.<br><br>GENERAL MOTORS CORPORATION,<br><br>        Defendant. | No. CV-F-05-0613 REC SMS<br><br>ORDER DISMISSING CASE AS<br>DUPLICATIVE & ORDERING<br>RETURN OF FILING FEE. |

    On May 5, 2005, Defendant filed a notice of removal from the San Joaquin Superior Court. The notice was apparently filed twice, once with the Sacramento Division of the Eastern District of California (2:05-CV-00889-GEB-PAN), and the instant case in the Fresno Division. The cases are identical; the docket entries for both cases reflect removal of state court case number CV025770 and the parties are the same. A $250.00 civil filing fee was paid in both cases.

    **ACCORDINGLY**, because it is duplicative of the action filed in the Sacramento Division, this case is hereby DISMISSED.

///

///

1

**FURTHER,** the clerk shall refund the two hundred fifty dollar ($250.00) filing fee paid by Defendant in this case.

IT IS SO ORDERED.

**Dated:  May 26, 2005**          /s/ Robert E. Coyle
ia40ij                            UNITED STATES DISTRICT JUDGE